[Cite as *Sherfield v. Unknown*, 2010-Ohio-4962.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

MEREDITH SHERFIELD

Plaintiff

v.

UNKNOWN

Defendant

Case No. 2010-05200-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On March 25, 2010, this court issued an entry dismissing Accessecurepak (OH) as defendant since it is not a state entity. The entry directed the plaintiff to file an amended complaint which names a state department, board, office, commission, agency, institution, or other state instrumentality as defendant on or before April 23, 2010, or face dismissal of his case.

{¶ 2} On April 26, 2010, plaintiff filed an amended complaint which again names Accessecurepak (OH) as defendant. Plaintiff's case is DISMISSED without prejudice. The court shall absorb the court costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

Case No. 2010-05200-AD - 2 - ENTRY

Entry cc:

Meredith Sherfield, #519-938
1150 N. Main Street
Mansfield, Ohio 44901

DRB/laa
Filed 6/14/10
Sent to S.C. reporter 10/11/10